**American Glass Company v. E. F. Ackerman.**

**E. F. Ackerman, appellant, v. George L. Pilkington, appellee. Gen. No. 31,783.**

Action on promissory note. Appeal by defendant from order denying motion to quash execution on judgment. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at

the March term, 1927. Reversed and remanded. Opinion filed December 12, 1927.

C. W. Shaeffer, for appellant. George L. Pilkington, *pro se,* and Edwin Terwilliger, Jr., for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.